UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| EUGENE WATER & ELECTRIC BOARD, an Oregon municipal corporation,<br><br>Plaintiff,<br><br>vs.<br><br>J.P. MORGAN VENTURES ENERGY CORPORATION, a Delaware corporation,<br><br>Defendant. | Civil No. 6:13-cv-02265-AA<br><br>**JUDGMENT OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS** |

Based on the parties' Stipulation to Entry of Judgment of Dismissal With Prejudice and Without Costs on file herein, pursuant to Federal Rule of Civil Procedure 41(a), this action having been fully compromised and resolved between the parties by agreement, it is hereby ADJUDGED that all of Plaintiffs' claims and all of Defendant's counterclaims are DISMISSED WITH PREJUDICE and without fees or costs to any party.

DATED: September 24, 2014.

_____
Honorable Ann L. Aiken
United States District Court Judge

Page 1 – JUDGMENT OF DISMISSAL